# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIS CLAY HOLLIS,<br><br>Petitioner,<br><br>v.<br><br>RONALD BLOOMFIELD,<br><br>Respondent. | No. 2:22-CV-1052-WBS-DMC-P<br><br><br><br>ORDER |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On February 6, 2023, the Court issued findings and recommendations that Respondent's unopposed motion to dismiss be granted. See ECF No. 13. The Court noted that the motion was unopposed and largely based its recommendation on Petitioner's failure to file an opposition pursuant to Eastern District of California Local Rule 230(c), (l). See id. Petitioner filed objections indicating that he never received a copy of Respondent's motion. See ECF No. 14. On the Court's own motion, the Court will direct Respondent to re-serve his motion and supporting documents. The Court will also grant Petitioner additional time to file an opposition. If Petitioner does not file an opposition within the time provided, the Court will submit the February 6, 2023, findings and recommendations to the District Judge.

///

Accordingly, IT IS HEREBY ORDERED as follows:

1. Respondent is directed to re-serve on Petitioner his motion to dismiss and supporting documents at ECF Nos. 9 and 11 on or before August 21, 2023.

2. Petitioner may file an opposition to Respondent's motion on or before September 21, 2023.

Dated: August 17, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE