IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIS CLAY HOLLIS, | No. 2:22-CV-1052-WBS-DMC-P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| RONALD BLOOMFIELD, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is Petitioner's motion, ECF No. 21, for an extension of time to file objections to the amended findings and recommendations issued on September 15, 2023, ECF No. 20. Good cause appearing therefor, Petitioner's motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Petitioner's motion for an extension of time, ECF No. 21, is GRANTED.

2. Petitioner may file objections to the September 15, 2023, amended findings and recommendations within 30 days of the date of this order.

Dated: October 4, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE