IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIS CLAY HOLLIS,<br><br>        Petitioner,<br><br>   v.<br><br>RONALD BROOMFIELD,<br><br>        Respondent. | No. 2:22-CV-1052-WBS-DMC-P<br><br>ORDER |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On September 15, 2023, the Magistrate Judge filed amended findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. On October 4, 2023, the Magistrate Judge gave petitioner a 30 day extension of time to file objections to the findings and recommendations, but no objections have been filed.

      The Court has reviewed the file and finds the amended findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

///

///

1

1   Pursuant to Rule 11(a) of the Federal Rules Governing Section 2254 Cases, the
Court has considered whether to issue a certificate of appealability.  Before Petitioner can appeal
this decision, a certificate of appealability must issue.  See 28 U.S.C. § 2253(c); Fed. R. App. P.
22(b).  Where the petition is denied on the merits, a certificate of appealability may issue under
28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a
constitutional right." 28 U.S.C. § 2253(c)(2).  The Court must either issue a certificate of
appealability indicating which issues satisfy the required showing or must state the reasons why
such a certificate should not issue.  See Fed. R. App. P. 22(b).  Where the petition is dismissed on
procedural grounds, a certificate of appealability "should issue if the prisoner can show: (1) 'that
jurists of reason would find it debatable whether the district court was correct in its procedural
ruling'; and (2) 'that jurists of reason would find it debatable whether the petition states a valid
claim of the denial of a constitutional right.'"  Morris v. Woodford, 229 F.3d 775, 780 (9th Cir.
2000) (quoting Slack v. McDaniel, 529 U.S. 473, 120 S.Ct. 1595, 1604 (2000)).  For the reasons
set forth in the Magistrate Judge's amended findings and recommendations, the Court finds that
issuance of a certificate of appealability is not warranted in this case.

   Accordingly, IT IS HEREBY ORDERED as follows:

   1.   The amended findings and recommendations filed September 15, 2023, are adopted in full.

   2.   Respondent's motion to dismiss, ECF No. 9, is GRANTED.

   3.   This action is DISMISSED with prejudice as untimely.

   4.   The Court DECLINES to issue a certificate of appealability.

   5.   The Clerk of the Court is directed to enter judgment and close this file.

Dated:  December 26, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE